**Order entered October 12, 2022**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00389-CV

## JOHN HURT AND LESLEA HURT, Appellants

## V.

## AMALENDU GOSWAMI AND HARSHA GOSWAMI, Appellees

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-02059-2020**

## ORDER

On October 7, 2022, on appellants' motion to order the county court to file communications between appellant and the county court's staff or clerk in a supplemental record, we provided that appellants could file copies of those communications with the trial court clerk for inclusion in a supplemental record. By motion filed October 10, 2022, appellants ask we reconsider and order the county court to file the communications. We **DENY** the motion.

/s/ KEN MOLBERG
JUSTICE